LEOPOLD MICHEL, Respondent, *v.* ALEXANDER LAIRD, Appellant.

(Argued May 5, 1882 ; decided May 30, 1882.)

*George Thompson* for appellant.

*J. J. Perry* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except MILLER and TRACY JJ., absent.
Appeal dismissed.

---

In the Matter of the Opening of ELEVENTH AVENUE, etc.

(Argued May 30, 1882 ; decided June 6, 1882.)

*Henry Woodruff* for appellant.

*John C. Shaw* for respondent.

Agree to affirm. No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.